UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **JACK WADE WARREN** : | | **DOCKET NO. 2:22-cv-1173** |
| REG. # 13477-077 | | SECTION P |
| **VERSUS** : | | **JUDGE JAMES D. CAIN, JR.** |
| **WAREN MA'AT, ET AL** : | | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Amend [doc. 13] be **DENIED** as futile. **IT IS FURTHER ORDERED, ADJUDGED,** and **DECREED** that the instant petition be **DENIED** and **DISMISSED WITH PREJUDICE**.

**THUS DONE AND SIGNED** in Chambers on the 31st day of August, 2022.

**JAMES D. CAIN, JR.**
**UNITED STATES DISTRICT JUDGE**